United States District Court
Southern District of Texas
FILED

AUG 24 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. M-21-1687 |
| | § § | |
| ANGEL EFREN ROCHA | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about August 19, 2019, until on or about May 31, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**ANGEL EFREN ROCHA**

did knowingly receive material containing child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), and 2256.

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives notice to defendant,

**ANGEL EFREN ROCHA**

that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

1. all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in the Indictment; and

2. all property, real and personal, used or intended to be used to commit or to promote the

commission of the offenses charge in the Indictment, or any property traceable to such property, including, but not limited to, the following:

    (1) One Black Samsung Galaxy S9+, IMEI: 356420091998500

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY